**SO ORDERED.**

**SIGNED this 25 day of May, 2011.**



_____
**MARGARET CANGILOS-RUIZ
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
IN RE:                                                    CASE NO.: 10-32989 mcr

    Naiel K. Mere,                                 Chapter: 7

               DEBTOR.               JUDGE: MARGARET M. CANGILOS-RUIZ
-------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Application dated January 28, 2011, (the "Application") of US Bank, NA (the "Movant"), by its attorneys, Rosicki, Rosicki & Associates, P.C., seeking an Order: (i) modifying and terminating the automatic stay to permit the Movant to exercise all of its rights and remedies with respect to certain collateral consisting of the real property known as 219 McLennan Drive, Fayetteville, NY 13066 (the "Premises"); and (ii) granting Movant such other and further relief as the Court deems just and proper; and

The Application having come before this Court on March 17, 2011 and no opposition to the relief requested having been filed; and in consideration of the foregoing, and upon the affidavit of service filed with the Court, and after due deliberation, the relief requested appearing reasonable, proper and warranted in fact and by law under Section 362(d) of the Code to permit

Movant or any affected party to exercise all of its rights and remedies under applicable law with respect to the Premises, it is hereby

**ORDERED** that the Application of Movant is granted modifying the automatic stay to allow Movant, its successors and/or assigns, or any affected party to commence and/or continue with a foreclosure action and eviction proceeding with respect to the Premises; and it is further

**ORDERED** that the case Trustee shall be notified of any surplus monies from the sale of the Premises.

# # #